RECEIVED
IN ALEXANDRIA, LA
JUL 25 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### ALEXANDRIA DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. 93-10012/06 |
|---|---|
| -vs- | JUDGE DRELL |
| ARTHUR WILLIAMS | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Plaintiff's Petition for Remission of Fine is **DENIED AND DISMISSED WITH PREJUDICE.**

SIGNED on this 24 day of July, 2006, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE