

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA     CRIMINAL ACTION
                                      NO. 93-CR-10012

VERSUS

                                      JUDGE DEE D. DRELL
ARTHUR WILLIAMS             MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Williams' motion for writ of audita querela is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at _ALEXANDRIA_, Louisiana, on this _7th_ day of October, 2010.

                                               DEE D. DRELL
                                    UNITED STATES DISTRICT JUDGE